*E-Filed 1/6/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VIRGIL DOUGLAS RANDALL,                    No. C 13-5374 RS (PR)

        Plaintiff,                    **ORDER OF DISMISSAL**

    v.

JOHN DOE,

        Defendant.

_____/

    Plaintiff has failed to comply with the Court's order to (1) file an application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain (1) a complete IFP application, or (2) full payment for the filing fee of $350.00. The Clerk shall enter judgment in favor of defendant, and close the file.

    **IT IS SO ORDERED**.

DATED: January 6, 2014

                        RICHARD SEEBORG
                        United States District Judge

**United States District Court**
For the Northern District of California